United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                        Case No. 16-01606-HWV

Dawn K. Bates                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                         User: AutoDocke                                         Page 1 of 3

Date Rcvd: May 27, 2021                                 Form ID: 3180W                                     Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++               Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Dawn K. Bates, 130 Williams Rd, Hawley, PA 18428-7845 |
| 4777915 | | Bates Dawn K, 130 Williams Rd, Hawley, PA 18428-7845 |
| 4777918 | | Capital One Bank (USA), N.A., c/o Edwin A. Abrahamsen & Assoc., 120 N Keyser Ave, Scranton, PA 18504-9701 |
| 4777921 | | Chase Bank/Pinnacle Credit Services, c/o Northland Group, Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 4777922 | | David Bates, 130 Williams Rd, Hawley, PA 18428-7845 |
| 4777923 | | Estate of George R. McKean, Deceased, c/o AG Howell, Esquire, 109 9th St, Honesdale, PA 18431-1959 |
| 4777925 | | HSBC Bank Nevada/Century Liquidation, c/o Oxford Law, LLC, 311 Veterans Hwy Ste 100A, Levittown, PA 19056-1422 |
| 4777927 | | Krystal Mirro, 131 Williams Rd, Hawley, PA 18428-7846 |
| 4777929 | | LVNV Funding LLC, c/o Edwin A. Abrahamsen & Assoc., 120 N Keyser Ave, Scranton, PA 18504-9701 |
| 4777916 | | Law Office of Jeffrey S Treat, 926 Court St, Honesdale, PA 18431-1961 |
| 4777930 | ++ | NORTHERN LEASING SYSTEMS INC, 525 WASHINGTON BLVD 15 FLOOR, JERSEY CITY NJ 07310-2603 address filed with court:, Northern Leasing Systems Inc., 132 W 31st St Fl 14, New York, NY 10001-3406 |
| 4777932 | | PA Department of Revenue, Bureau of Compliance-Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 4777931 | + | PA Department of Revenue, Samters Building, 101 Penn Ave Ste 201, Scranton, PA 18503-2012 |
| 4777935 | | Robert W. Williams, Esq., Milstead & Associates, LLC, 1 E Stow Rd, Marlton, NJ 08053-3118 |
| 4777937 | | Weltman, Weinberg & Reis Co., LPA, 436 7th Ave Ste 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4777917 | EDI: CAPITALONE.COM | May 27 2021 22:53:00 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 4777924 | Email/Text: miller@hnbbank.com | May 27 2021 19:09:00 | Honesdale National Bank, 733 Main St, Honesdale, PA 18431-1844 |
| 4777926 | EDI: IRS.COM | May 27 2021 22:53:00 | Internal Revenue Service, 409 Lackawanna Ave Ste 600, Scranton, PA 18503-2077 |
| 4777919 | EDI: JPMORGANCHASE | May 27 2021 22:53:00 | Chase, Cardmember Service, PO Box 15298, Wilmington, DE 19885-0004 |
| 4777920 | EDI: JPMORGANCHASE | May 27 2021 22:53:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 4777928 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 19:45:39 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 4825789 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 19:45:39 | LVNV Funding, LLC its successors and assigns as, assignee of HSBC Receivables, Acquisition Corporation (USA) IV, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4777934 | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2021 19:09:00 | PNC Bank, 6750 Miller Rd, Brecksville, OH 44141-3262 |
| 4893462 | Email/Text: Bankruptcy.Notices@pnc.com | May 27 2021 19:09:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-4982 |

| 4785812 | EDI: PENNDEPTREV | May 27 2021 22:58:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
|---|---|---|---|
| 4785812 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2021 19:09:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 4777933 | Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 19:46:05 | Pinnacle Credit Service, PO Box 640, Hopkins, MN 55343-0640 |
| 4827596 | + Email/PDF: resurgentbknotifications@resurgent.com | May 27 2021 19:46:06 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Chase Bank USA,, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4781418 | + Email/Text: miller@hnbbank.com | May 27 2021 19:09:00 | The Honesdale National Bank, 724 Main Street, Honesdale, PA 18431-1845 |
| 4777936 | + EDI: WFFC.COM | May 27 2021 22:58:00 | Wells Fargo Bank, NA, Successor to Wachovia Bank NA, 101 N Phillips Ave, Sioux Falls, SD 57104-6714 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harry B. Reese | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Jeffrey S. Treat | on behalf of Debtor 1 Dawn K. Bates jstreat@ptd.net |
| Jill Manuel-Coughlin | on behalf of Creditor WELLS FARGO BANK  N.A. bankruptcy@powerskirn.com |

Jonathan Wilkes Chatham

      on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@state.pa.us  RA-occbankruptcy6@state.pa.us

United States Trustee

      ustpregion03.ha.ecf@usdoj.gov


TOTAL: 7

**Information to identify the case:**

Debtor 1    Dawn K. Bates

First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court    Middle District of Pennsylvania

Case number:    5:16–bk–01606–HWV

Social Security number or ITIN    xxx–xx–5607
EIN    _ _–_ _ _ _ _ _ _

Social Security number or ITIN    _ _ _ _
EIN    _ _–_ _ _ _ _ _ _

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dawn K. Bates
aka Dawn McKean, aka First Last

**By the court:**

_Honorable Henry W. Van Eck_

5/27/21

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:16-bk-01606-HWV   Doc 72   Filed 05/29/21   Entered 05/30/21 00:32:47   Desc
Imaged Certificate of Notice   Page 6 of 6